An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN ROBERT COSTELLO, AN
INDIVIDUAL,
Appellant,
vs.
WYNN LAS VEGAS, LLC, A DOMESTIC
LIMITED LIABILITY COMPANY; LAS
VEGAS NIGHTLIFE GROUP, LLC, A
DOMESTIC LIMITED LIABILITY
COMPANY; STEPHEN A. WYNN, AN
INDIVIDUAL; JEFF JACKSON, AN
INDIVIDUAL; AND STACY TODD, AN
INDIVIDUAL,
Respondents.

No. 68606

**FILED**

OCT 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on August 12, 2015, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

---

[1]Appellant's pro se notice of withdrawal of appeal filed on September 1, 2015 is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O):1947

15-30132

cc: Hon. Michelle Leavitt, District Judge
Brian Robert Costello
Wood, Smith, Henning & Berman, LLP/Las Vegas
Eighth District Court Clerk